UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

   v.                                          Civil No. 10-cv-590-LM

J.A. Greenwood Roofing

**O R D E R**

In an order dated May 9, 2011, the court ordered John Greenwood to show cause (within ten days of the date of that order) why the court should not require defendant, J.A. Greenwood Roofing, to be represented by counsel in this matter. Mr. Greenwood has filed nothing in response.  Pursuant to Local Rule 84.6(c), a corporation, unincorporated association, or trust may not appear in any action pro se.  Accordingly, the defendant is responsible to assure counsel files an appearance on its behalf within twenty-one (21) days of the date of this order.  If no response is filed, the court will impose an appropriate sanction, which may include the entry of default pursuant to Local Rule 1.3(a).  See also Fed. R. Civ. P. 55.

   SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

June 6, 2011
cc: Michael T. McCormack, Esq.
    J.A. Greenwood Roofing