```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
     Plaintiff,

   v.                                  Civil No. 10-590-LM

J.A. Greenwood Roofing,
     Defendant,

 and

CK Landmark Construction, Corp.,
     Garnishee.

### FINAL ORDER OF CONTINUING GARNISHMENT

On May 29, 2012, a Writ of Continuing Garnishment and Clerk's Notice were issued in the above-captioned action by this Court. The Garnishee was served with copies of the Application, Clerk's Notice and Writ of Continuing Garnishment on June 13, 2012. Copies of the Application, Notice and Writ of Continuing Garnishment were sent to the Defendant by Plaintiff, certified mail, on June 1, 2012. Defendant failed to accept the documents.

Garnishee filed an Answer on June 13, 2012, stating that at the time of service of the Writ, it had in its possession, custody or control, personal property, in the form funds in the amount of $2,500.00 subject to litigation in small claims court, belonging to and due defendant, J.A. Greenwood Roofing. Pursuant to 28 U.S.C. § 3202(d), the Defendant failed to request a hearing within the time allowed. Therefore, it is

ORDERED that Garnishee pay to the United States any funds it is ordered to pay to J.A. Greenwood Roofing or John Greenwood, on behalf of work performed by J.A. Greenwood Roofing which are subject

to litigation in Case No. 457-2011-SC-00588, State of New Hampshire, NH Circuit Court, 9th Circuit, District Division, Merrimack, NH, up to $25,465.63, which are in their possession, custody or control, and until Garnishee no longer has property of the defendant in its possession, custody or control; this debt is paid in full; or until further order of this Court.  Said payment shall be made payable to U.S. Department of Justice and mailed to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301.

     **SO ORDERED THIS**  1st   **DAY OF**  August          , 2012.


                                            /s/ Daniel J. Lynch
                                           Daniel J. Lynch
                                           U.S. Magistrate Judge


cc: U.S. Attorney's Office
    J.A. Greenwood Roofing
    CK Landmark Construction Corp.